IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-748-D

GEORGE KANDANKULAM, )
individually and derivatively in the right )
of SEGY, LLC, )
                                  )
                Plaintiff, )
                                  )
         v. )           **ORDER**
                                  )
SAUL EPSTEIN, and )
CYBERPLACE, INC. )
                                  )
                Defendants. )

The court has reviewed plaintiff's request for a preliminary injunction [D.E. 9], defendants' opposition [D.E. 15], and the record. Plaintiff has not remotely come close to meeting his burden for the extraordinary relief of a preliminary injunction. See, e.g., Winter v. Nat. Resources Defense Council, Inc., 555 U.S. 7, 20–31 (2008). The motion for a preliminary injunction [D.E. 9] is DENIED.

SO ORDERED. This _3_ day of February 2014.

                                                          JAMES C. DEVER III
                                                          Chief United States District Judge